IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                       Plaintiff,           )<br>                                                              )<br>v.                                                         )     Case No.  4:01CR3101<br>                                                              )<br>NICHOLLE SOUKUP,                        )<br>                                                              )<br>                       Defendant.       ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 78, now set for January 21, 2009, at 1:00 p.m. until a date certain in approximately 90 days.  The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 15th day of April, 2009, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 8th day of January, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge