IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>                        Plaintiff,    )<br>                                                    )<br>v.                                                )     Case No.  4:01CR3101<br>                                                    )<br>NICHOLLE SOUKUP,                  )<br>                                                    )<br>                        Defendant.  ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 80, now set for April 15, 2009, at 1:00 p.m. until a date certain in approximately 60 days.  The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 16th day of June, 2009, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 2nd day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge